Daniel M. Hansen, Esq. (NSB #13886)
dhansen@gibbsgiden.com
Madison G. Wedderspoon, Esq. (NSB #16648)
mwedderspoon@gibbsgiden.com
**GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP**
7251 W. Lake Mead Blvd., Ste. 450
Las Vegas, Nevada 89128
(702) 836-9800

Attorneys for Defendant
STUART C. IRBY COMPANY, LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STUART C. IRBY COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMMNV, LLC; ARIC HORNING; UPRISE FIBER, LLC; UPRISE, LLC; and GREAT MIDWEST INSURANCE COMPANY,<br><br>Defendants. | Case Number<br>2:24-cv-01889<br><br>**PLAINTIFF STUART C. IRBY COMPANY, LLC'S MOTION TO SEAL EXHIBIT ONE OF PLAINTIFF'S COMPLAINT** |

Plaintiff Stuart C. Irby Company, LLC ("Plaintiff"), by and through its counsel or record, Gibbs Giden Locher Turner Senet & Wittbrodt, LLP, respectfully files this Motion to Seal Exhibit One of Plaintiff's Complaint (the "Motion"). This Motion is based on the following Memorandum of Points and Authorities, the papers and pleadings on file in this case, and any oral arguments this Court may wish to entertain.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.     RELIEF REQUESTED**

By this Motion, Plaintiff seeks entry of an order, substantially in the form attached hereto as Exhibit "1" (the "Proposed Order"), authorizing Plaintiff to seal Exhibit 1 of the Complaint in order to seal personally identifiable information of an individual, specifically the social security number

1

3263412.1

of a party to this case.

## II. BACKGROUND

On October 9, 2024, Plaintiff filed a Complaint against CommNV, LLC, Aric Horning, Uprise, LLC, and Great Midwest Insurance Company. The Complaint is accompanied by six exhibits, including an "Application for Credit and Billing Information" as Exhibit "1". At the time of filing the Complaint, Plaintiff inadvertently included an unredacted version of the Application for Credit and Billing Information that includes a tax identification number, an account number, and the social security number of the signatory of the Personal Guaranty incorporated into the Application. As such, Plaintiff seeks to seal Exhibit "1" of the Complaint in order to keep this information from public record.

## III. BASIS FOR RELIEF

Local Rule IC 6-1 for the United States District Court, District of Nevada states in relevant part:

> (a) Parties must refrain from including—or must partially redact, where inclusion is necessary—the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise:
>
> (1) Social Security Numbers. If an individual's Social Security number must be included, only the last four digits of that number should be used.
>
> (2) Names of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child should be used.
>
> (3) Dates of Birth. If an individual's date of birth must be included, only the year should be used.
>
> (4) Financial Account Numbers. If financial account numbers must be included, only the last four digits of these numbers should be used.
>
> (5) Home Addresses. If a home address must be included, only the city and state should be listed.
>
> (6) Tax Identification Number. If a tax identification number must be used, only the last four digits of that number should be used.

Local Rule IC 6-1(b) also provides that a party may file an unredacted copy under seal.

Local Rule IA 10-5 permits documents to be filed under seal and remain sealed after consideration of a Motion to Seal.

3263412.1

1  The tax identification number, account number, and social security number in the Application for Credit and Billing Information, are personal-data identifiers that are intended to be protected under LR IC 6-1. Therefore, good cause exists for Exhibit "1" of the Complaint to be sealed, and Plaintiff respectfully requests that the Court issue an order to seal Exhibit "1" of the Complaint.

**IV.  CERTIFICATION OF SERVICE**

Pursuant to LR IA 10-5(c), Plaintiff has served opposing attorneys and pro se parties with the documents that they are requesting be sealed so that they are kept from the public record.

**V.  CONCLUSION**

Based on the foregoing, Plaintiff respectfully requests that this Motion to Seal Exhibit "1" to Plaintiff's Complaint be granted.

.

Respectfully submitted,

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

/s/ *Daniel M. Hansen, Esq.*
Daniel M. Hansen, Esq.
Nevada Bar #13886
Madison G. Wedderspoon, Esq.
Nevada State Bar #16648
*Attorneys for Stuart C. Irby Company, LLC*

# EXHIBIT "1"

1  Daniel M. Hansen, Esq. (NSB #13886)
   dhansen@gibbsgiden.com
2  Madison G. Wedderspoon, Esq. (NSB #16648)
   mwedderspoon@gibbsgiden.com
3  **GIBBS GIDEN LOCHER TURNER
   SENET & WITTBRODT LLP**
4  7251 W. Lake Mead Blvd., Ste. 450
   Las Vegas, Nevada 89128
5  (702) 836-9800

6

7  Attorneys for Defendant
   STUART C. IRBY COMPANY, LLC.

8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10

11

12  STUART C. IRBY COMPANY, LLC,                    Case Number
                                                    2:24-cv-01889
13                 Plaintiff,

14      v.
                                                    **ORDER GRANTING PLAINTIFF STUART
15  COMMNV, LLC; ARIC HORNING; UPRISE               C. IRBY COMPANY, LLC'S MOTION TO
    FIBER, LLC; UPRISE, LLC; and GREAT              SEAL EXHIBIT ONE OF PLAINTIFF'S
16  MIDWEST INSURANCE COMPANY,                      COMPLAINT**

17                 Defendants.

18

19      Upon the motion of Plaintiff Stuart C. Irby Company, LLC ("Plaintiff"), for an order to seal

20  exhibit one of Plaintiff's Complaint; this Court having reviewed the Motion, and having determined

21  that there is good cause to grant the relief requested in the Motion consistent with LR IC 6-1 and LR

22  IA 10-5; therefore:

23      IT IS HEREBY ORDERED THAT:

24      1.   The Motion is GRANTED as set forth herein.

25      2.   Exhibit "1" of Plaintiff's Complaint which contains personal-data identifiers, shall be

26  sealed.

27      3.   This Order shall be effective and enforceable immediately upon entry hereof.

28

3263442.1

1

4. Plaintiff is authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

Dated: _____ \_\_, 20\_\_

.

_____
United States District Judge

3263442.1