LANAK & HANNA, P.C.
David R. Johnson, Esq. (Bar No. 6696)
8375 W Flamingo Rd, Suite 102
Las Vegas, NV 89147
Telephone:  (702) 727-3565
Facsimile:   (714) 703-1610
drjohnson@lanak-hanna.com

Attorneys for Defendant
GREAT MIDWEST INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STUART C. IRBY COMPANY, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>COMMNV, LLC; ARIC HORNING;<br>UPRISE FIBER, LLC; UPRISE LLC; and<br>GREAT MIDWEST INSURANCE<br>COMPANY,<br><br>                 Defendants. | CASE NO.: 2:24-cv-01889-RFB-BNW<br><br>**STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff STUART C. IRBY COMPANY, LLC ("Plaintiff") and Defendant GREAT MIDWEST INSURANCE COMPANY ("Defendant"), by and through their respective attorneys of record in the above-referenced action, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 6(b), that Defendant's deadline to respond in this action shall be extended by fourteen (14) calendar days, from February 11, 2025, to February 25, 2025. This is the second stipulation for extension of time to file Defendants' Answer.

Good cause exists for the agreed extension because Plaintiff and Defendant are evaluating claim coverage issues and Defendant needs additional time to investigate the Complaint and finalize a response to it. This stipulation does not constitute a waiver of any claim, right, or defense. The requested extension will not affect any of the other dates set in the case.

**IT IS SO STIPULATED**.

DATED:  February 11, 2025          LANAK & HANNA, P.C.


By:  _____*s/David R. Johnson*_____
                 DAVID R. JOHNSON
                Attorneys for Defendant
       GREAT MIDWEST INSURANCE COMPANY

DATED:  February 11, 2025          GIBBS GIDEN LOCHER TURNER


By:  _____*s/Daniel M. Hansen*_____
                 DANIEL M. HANSEN
                 Attorneys for Plaintiff
          STUART C. IRBY COMPANY, LLC

## __ATTESTATION__

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 11, 2025

By: _____*s/David R. Johnson*_____
DAVID R. JOHNSON

**STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**

**PROOF OF SERVICE**
UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
*STUART C. IRBY COMPANY, LLC V. COMMNV LLC ET. AL.*
*CASE NO. 2:24-CV-01889-RFB-BNW*

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action; my business address is 1851 East First Street, Suite 700, Santa Ana, CA 92705. On February 11, 2025, I served the foregoing document(s) described as

**STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**

**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**

on all interested parties to this action by delivering

☒    a copy                    ☐    an original

thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED SERVICE LIST

☒    **(NOTICE OF ELECTRONIC FILING " NEF " )** The foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the electronic mail notice list to receive NEF transmission at the email addresses above.__

☐    **(BY OVERNIGHT COURIER)** I served the foregoing document by GLS, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐    **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 11, 2025, at Santa Ana, California.

_____
Kevin Garcia

**STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**

# SERVICE LIST

Daniel M. Hansen, Esq.
Madison G. Wedderspoon, Esq.
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
7251 W Lake Mead Blvd, Suite 450
Las Vegas, NV 89128
dhansen@gibbsgiden.com
mwedderspoon@giggsgiden.com

Attorney for Plaintiff

STUART C. IRBY COMPANY, LLC

{3400 32269}

5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STUART C. IRBY COMPANY, LLC, | CASE NO.: 2:24-cv-01889-RFB-BNW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT GREAT MIDWEST INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COMMNV, LLC; ARIC HORNING; UPRISE FIBER, LLC; UPRISE LLC; and GREAT MIDWEST INSURANCE COMPANY, | |
| Defendants. | |

{1400 25020}

1

The Court, having read and considered the Joint Stipulation submitted by Plaintiff STUART C. IRBY COMPANY, LLC and Defendant GREAT MIDWEST INSURANCE COMPANY ("Defendant"), by and through their respective attorneys of record in the above-referenced action, and for good cause shown, the Joint Stipulation is adopted, and IT IS HEREBY ORDERED:

The Court continues the pending date as follows:

1.    Defendant's response to the Complaint shall be filed no later than February 25, 2025.

**IT IS SO ORDERED.**

DATED:  2/12/2025          By: _____

Honorable Brenda Weksler
United States Magistrate Judge

{1400 25020}                                    2